No. 85–6783.   WRIGHT v. ILLINOIS.   Sup. Ct. Ill.;
No. 85–7008.   LESKO v. PENNSYLVANIA.   Sup. Ct. Pa.;
No. 85–7016.   FLOYD v. ALABAMA.   Sup. Ct. Ala.;
No. 85–7232.   CARGILL v. GEORGIA.   Sup. Ct. Ga.;
No. 86–5207.   MORGAN v. ILLINOIS.   Sup. Ct. Ill.;
No. 86–5434.   OLINGER v. ILLINOIS.   Sup. Ct. Ill.;
No. 86–5599.   MONTGOMERY v. ILLINOIS.   Sup. Ct. Ill.;
No. 86–5801.   HILL v. NEVADA.   Sup. Ct. Nev.;
No. 86–5906.   SZABO v. ILLINOIS.   Sup. Ct. Ill.;
No. 86–5958.   COOPER v. FLORIDA.   Sup. Ct. Fla.;
No. 86–5994.   BROOKS v. OHIO.   Sup. Ct. Ohio;
No. 86–5997.   JUSTUS v. BASS, SUPERINTENDENT, MECKLEN-
BURG CORRECTIONAL CENTER.   Sup. Ct. Va.;
No. 86–6017.   HILL v. ARKANSAS.   Sup. Ct. Ark.;
No. 86–6026.   WRIGHT v. ALABAMA.   Sup. Ct. Ala.;
No. 86–6033.   COOPER v. TENNESSEE.   Sup. Ct. Tenn.;
No. 86–6092.   MUHAMMAD v. FLORIDA.   Sup. Ct. Fla.; and
No. 86–6194.   DUFOUR v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 85–6783, 111 Ill. 2d 128, 490 N. E. 2d 640; No. 85–7008, 509 Pa. 67, 501 A. 2d 200; No. 85–7016, 486 So. 2d 1321; No. 85–7232, 255 Ga. 616, 340 S. E. 2d 891; No. 86–5207, 112 Ill. 2d 111, 492 N. E. 2d 1303; No. 86–5434, 112 Ill. 2d 324, 493 N. E. 2d 579; No. 86–5599, 112 Ill. 2d 517, 494 N. E. 2d 475; No. 86–5801, 102 Nev. 377, 724 P. 2d 734; No. 86–5906, 113 Ill. 2d 83, 497 N. E. 2d 995; No. 86–5958, 492 So. 2d 1059; No. 86–5994, 25 Ohio St. 3d 144, 495 N. E. 2d 407; No. 86–6017, 289 Ark. 387, 713 S. W. 2d 233; No. 86–6026, 494 So. 2d 745; No. 86–6033, 718 S. W. 2d 256; No. 86–6092, 494 So. 2d 969; No. 86–6194, 495 So. 2d 154.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.